IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| DERRICK BERNARD WOODS, | ) | |
| | ) | |
| Petitioner, | ) | C/A No.: 9:10-2726 DCN |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| WARDEN ROBERT M. STEVENSON, III, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court pursuant to petitioner's Motion for Reconsideration of the Order granting respondent's Motion for Summary Judgment on January 18, 2012. This motion was filed on February 23, 2012. This court lacks jurisdiction over this matter, as the petitioner filed a Notice of Appeal to the Fourth Circuit on February 22, 2012. It is therefore

ORDERED, that the petitioner's Motion for Reconsideration is **DENIED.**

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

March 22, 2012
Charleston, South Carolina